UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ALYSSA VIENS, on behalf of herself and all others similarly situated,

              Plaintiff,

   v.

GOOD PAL CHANTELLE CORP. d/b/a HOTEL CHANTELLE, THE AMBER AVALON CORP., GOOD PAL RAVEL CORP., RAVEL HOTEL LLC d/b/a RAVEL MGMT LLC and d/b/a PROFUNDO DAY CLUB

              Defendants.
------------------------------------------------------------------x

Case No.:
1:20-cv-03807

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Daniel M. Bernstein of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 599 Lexington Avenue, 17th Floor, New York, New York 10022, hereby enters his appearance as counsel for Defendants in the above-captioned matter.

Dated: New York, New York
       May 27, 2020

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By: _s/ Daniel M. Bernstein_
    Daniel M. Bernstein
599 Lexington Avenue, 17th Floor
New York, NY 10022
212.492.2500
daniel.bernstein@ogletree.com

*Attorneys for Defendants*

*GOOD PAL CHANTELLE CORP. d/b/a HOTEL CHANTELLE, THE AMBER AVALON CORP., GOOD PAL RAVEL CORP., RAVEL HOTEL LLC d/b/a RAVEL MGMT LLC and d/b/a PROFUNDO DAY CLUB*

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2020, the foregoing NOTICE OF APPEARANCE was electronically filed with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all counsel of record for all parties.

*s/ Daniel M. Bernstein*
Daniel M. Bernstein

42980303.1
