UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALYSSA VIENS, on behalf of herself and all
others similarly situated,

    Plaintiff,

    v.

GOOD PAL CHANTELLE CORP. d/b/a
HOTEL CHANTELLE, THE AMBER
AVALON CORP., GOOD PAL RAVEL
CORP., RAVEL HOTEL LLC d/b/a RAVEL
MGMT LLC and d/b/a PROFUNDO DAY
CLUB,

    Defendants.
------------------------------------------------------------x

CASE NO: 20-CV-3807

### NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure Rule 68, Plaintiff Alyssa Viens accepts Defendants' Offer of Judgment of $10,000.00 in the above-captioned action. Defendants' Offer of Judgment pursuant to Federal Rules of Civil Procedure 68 is attached hereto as Exhibit A.

Dated: New York, New York
       November 2, 2020

                                        */s/ D. Maimon Kirschenbaum*
                                        D. Maimon Kirschenbaum
                                        JOSEPH & KIRSCHENBAUM LLP
                                        32 Broadway, Suite 601
                                        New York, NY 10004
                                        212-688-5640

                                        *Attorneys for Plaintiff*

44324227.1

SO ORDERED:

*[signature]*
HON. VERNON S. BRODERICK  11/4/2020
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALYSSA VIENS, on behalf of herself and all others similarly situated,

    Plaintiff,

       v.

GOOD PAL CHANTELLE CORP. d/b/a HOTEL CHANTELLE, THE AMBER AVALON CORP., GOOD PAL RAVEL CORP., RAVEL HOTEL LLC d/b/a RAVEL MGMT LLC and d/b/a PROFUNDO DAY CLUB,

    Defendants.
------------------------------------------------------------x

CASE NO: 20-CV-3807

## OFFER OF JUDGMENT

PLEASE TAKE NOTICE pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants Good Pal Chantelle Corp., The Amber Avalon Corp., Good Pal Ravel Corp., and Ravel Hotel LLC hereby offer to allow judgment to be taken against them in the above-captioned action by Plaintiff Alyssa Viens in the total amount of Ten Thousand Dollars and Zero Cents ($10,000.00) inclusive of all interest, costs, and attorneys' fees accrued.

Dated: New York, New York
       October 30, 2020

By: /s/ Daniel Bernstein
Daniel M. Bernstein
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC
599 Lexington Ave, 17th Fl.
New York, NY 10022
212-492-2079

*Attorneys for Defendants*